# EXHIBIT F

April 3, 2020

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 25920
Overland Park, KS 66225



**U.S. Citizenship and Immigration Services**



MSC2090612526

KARLA MICHELLE GONZALEZ GUEVARA
c/o K L GATES LLP
1000 MAIN STREET STE 2550
HOUSTON, TX 77002



A212-986-111

RE:KARLA MICHELLE GONZALEZ GUEVARA
I-290B, Notice of Appeal or Motion



### DECISION

On March 14, 2018, you filed Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant, on behalf of Karla Gonzalez Guevara. On December 19, 2019, U.S. Citizenship and Immigration Services (USCIS) denied the Form I-360.

On January 17, 2020, USCIS received a motion to reopen and reconsider pursuant to Title 8, Code of Federal Regulations (CFR), §103.5(a).

Title 8, CFR, §103.5(a), states that motions must:

1. Be filed within 33 days of the adverse decision that the motion seeks to reopen;
2. Present new facts to be considered in the proceedings;
3. Present the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy; and
4. Be signed by the affected party (person with legal standing in the proceedings).

USCIS is unable to approve your motion for the following reason(s):

> The evidence you submitted with this motion does not overcome the reason(s) for the denial of your application or petition.

It is hereby ordered that the motion to reopen and reconsider be dismissed. The decision to deny the petition is affirmed.

This decision is without prejudice to future applications filed with the appropriate USCIS office.

Sincerely,



Terri A. Robinson (Acting)
Director
Officer: OA0095